IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY BRACKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv858-MHT |
| | ) | (WO) |
| WALTER MYERS, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about conditions of confinement at Easterling Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss should be granted to the extent it seeks dismissal of this case as moot, and that this case should be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of July, 2017.

                                             /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**